1 | Gregory L. Weeks, CSB 58584
2 | Janet R. Kaufman, CSB 116143
   | Gregory K. Nelson, CSB 203029
3 | **WEEKS, KAUFMAN, NELSON & JOHNSON**
   | 462 Stevens Ave., Suite 310
   | Solana Beach, CA 92075
4 | Telephone: (858) 794-2140

5 | Attorneys for Plaintiff,
6 | Oakley, Inc.

7 | John M. Benassi, Esq.
   | Kurt M. Kjelland, Esq.
   | Colbern C. Stuart III
8 | **PAUL, HASTINGS, JANOFSKY & WALKER LLP**
   | 3579 Valley Centre Drive
9 | San Diego, CA 92130
   | Telephone: (858) 720-2850
10 |
11 | Attorneys for Defendants and Counterclaimants
    | The Hockey Company Holdings, Inc., a Canadian Corporation,
    | The Hockey Company, a Delaware Corporation, Maska U.S., Inc., a
12 | Vermont Corporation, Sport Maska, Inc, a Canadian Corporation,
    | and Erina's Inc. dba Hockey West, Inc., a California Corporation

**FILED**

DEC - 8 2004

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, | CIVIL ACTION NO.: ~~SACV 03-1185 DOC (ANx)~~ And Consolidated Case No.: SACV 04-0094 DOC (ANx) |
| Plaintiff, | |
| vs. | JOINT STIPULATION OF DISMISSAL; ORDER |
| THE HOCKEY COMPANY HOLDINGS, INC., a Canadian corporation, THE HOCKEY COMPANY, a Delaware corporation, MASKA U.S. INC., a Vermont corporation, SPORT MASKA, INC., a Canadian corporation, and ERINA'S INC. dba HOCKEY WEST, INC., a California corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

DOCKETED ON CM

DEC 8 2004

BY _____ 074

Joint Stipulation of Dismissal

1

SAN/103921.1

LODGED

'04 DEC -3 PM 1:33
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

1   This case SACV 03-1185 DOC (ANx) and consolidated case SACV 04-

2
3   0094 DOC (Anx) having come on before this Court, upon the pleadings, and it

4   being represented to the Court that Plaintiff, Oakley, Inc. (hereinafter referred to

5   as "Oakley") and Defendants The Hockey Company Holdings, Inc., The Hockey

6
7   Company, Maska U.S. Inc., Sport Maska, Inc., and Erina's Inc. dba Hockey

8   West Inc. (hereinafter collectively referred to as "Defendants") have settled their

9
10   differences with respect to the matters in dispute by way of a separate

11   confidential agreement between the parties.  On the consent of the parties and

12
13   their attorneys, and good cause having been shown,

14   IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED:

15   That all claims, counterclaims and defenses of Oakley and Defendants are

16   dismissed without prejudice.

17   IT IS HEREBY ORDERED.

18   DATED:

19   _December 8, 2004_          _David O. Carter_

20                              JUDGE, U.S. District Court

21   / / /
22   / / /
     / / /
23   / / /
24   / / /
     / / /
25   / / /
26   / / /
     / / /
27   / / /
28   / / /

Joint Stipulation of Dismissal

SAN/103921.1

1    Approved as to form and content:

2

3    DATED:  December 2, 2004    WEEKS, KAUFMAN, NELSON & JOHNSON

4                                By: _____

5                                    GREGORY K. NELSON

6                                Attorney for Plaintiff, Oakley, Inc.

7

8    DATED:  December 2, 2004    PAUL HASTINGS JANOFSKY & WALKER

9                                LLP

10

11                               By: _____

                                     KURT M. KJELLAND
12

13                               Attorney for Defendants and Counterclaimants,
                                 The Hockey Company Holdings, Inc., a
14                               Canadian Corporation, The Hockey Company, a
                                 Delaware Corporation, Maska U.S., Inc., a
15                               Vermont Corporation, Sport Maska, Inc, a
                                 Canadian Corporation and Erina's Inc. dba
16                               Hockey West, Inc., a California Corporation

17

18

19

20

21

22

23

24

25

26

27

28

                                                    Joint Stipulation of Dismissal

                                     3

SAN/103921.1